**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| PACKAGING SYSTEMS, INC.,<br>    Plaintiff,<br><br>vs.<br><br>PRC-DESOTO INTERNATIONAL, INC.; and PPG INDUSTRIES, INC.,<br>    Defendants. | Case No. 2:16-cv-09127-ODW-JRP<br><br>Case No. 2:17-cv-08669-ODW-JPR<br><br>**CONSOLIDATED**<br><br>Hon. Otis D. Wright, II |
| PPG INDUSTRIES, INC.; PRC-DESOTO INTERNATIONAL, INC.; and PPG INDUSTRIES OHIO, INC.<br>    Plaintiffs,<br><br>vs.<br><br>PACKAGING SYSTEMS, INC.,<br>    Defendant. | **FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST PACKAGING SYSTEMS, INC.<br>AND DISMISSAL OF CLAIMS BY PACKAGING SYSTEMS, INC. WITH PREJUDICE** |

The Court, pursuant to the Stipulated Dismissal with Prejudice of Claims by Packaging Systems, Inc. and Entry of Judgment with Permanent Injunction Against Packaging Systems, Inc. ("Stipulation"), entered into by and between the parties, hereby **ORDERS, ADJUDICATES and DECREES** that final judgment shall be and hereby is entered on the claims in the action as follows:

**A.  Permanent Injunction.**

PACKAGING SYSTEMS, INC. ("PSI"), its representatives, shareholders, members, managers, officers, directors, employees, partners, subsidiaries, affiliates, divisions, parents, predecessors, successors, insurers, and assigns and all those acting in concert with or participating with any of the foregoing are enjoined from:

  i.  any use of, in the United States or anywhere else in the world, any PPG Mark or any trademark, service mark, trade dress, corporate name, trade name, domain name, or any other designation that is likely to cause confusion with respect to, or that constitutes a colorable imitation of, any PPG Mark; and

  ii.  any repackaging or other alteration or modification of PPG aerospace sealant, obtained from any source; except that

  iii.  such injunction shall not apply to any activities expressly permitted by PPG Industries, Inc., PRC-DeSoto International, Inc., and PPG Industries Ohio, Inc. ("PPG Plaintiffs") in writing in connection with any Settlement Agreement.

**B.  Destruction of Materials.**

Within thirty days of entry of this Consent Judgment, PSI shall destroy i) all inventory of repackaged PPG aerospace sealant bearing any PPG Mark

or any confusingly similar trademark, service mark, trade dress, product configuration, design, logo, name or domain, ii) all packaging, labels, signs, line cards, advertisements, electronic media, or other materials bearing any PPG Mark or any confusingly similar trademark, service mark, trade dress, product configuration, design, logo, name or domain used or designed to be used in connection with repackaged PPG Aerospace Sealant, and iii) any templates or other means of making any of the foregoing items that cause such items to bear any PPG Mark or any confusingly similar trademark, service mark, trade dress, product configuration, design, logo, name or domain used or designed to be used in connection with repackaged PPG Aerospace Sealant, in each case to the extent in the possession or under the control of PSI or anyone acting in concert with it anywhere in the world.

**C. Recognition of Rights.**

PSI recognizes and agrees not to challenge, contest, oppose, seek to cancel, or otherwise object to PPG Plaintiffs' use of, registration of, and/or rights in any of the PPG Marks and/or any confusingly similar variations thereof, or to voluntarily assist any third party in challenging, contesting, opposing, seeking to cancel, or otherwise objecting to PPG Plaintiffs' use of, registration of, and/or rights in any of the PPG Marks and/or any confusingly similar variations thereof, including, without limitation, challenging the ownership, validity, or enforceability thereof.

**D. Dismissal with Prejudice of PSI Claims.**

All PSI Claims, as defined in the Stipulation, are dismissed **WITH PREJUDICE** in their entirety.

**E. Permitted Activity.**

Nothing in this Consent Judgment, including the foregoing permanent injunction, shall prohibit PSI from engaging in activities authorized or agreed to in writing by PPG Plaintiffs in connection with any Settlement Agreement.

**F.    Settlement Agreement.**

This Consent Judgment is not intended to modify the Settlement Agreement executed by the parties and such Settlement Agreement may be used by either party in any future dispute related to the enforcement of the Consent Judgment.

**G.    No Appeals and Continuing Jurisdiction.**

No appeals shall be taken from this Judgment, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Judgment, including the Permanent Injunction, by either party.

**H.    No Fees or Costs.**

Each party shall bear its own fees and costs.

**I.    Violation of Consent Judgment.**

In the event that PSI violates any term of this Judgment and Permanent Injunction, PPG Plaintiffs shall be entitled to injunctive relief, damages and profits, and PSI shall pay PPG Plaintiffs' attorney's fees and costs incurred as a result of such violation, including investigative costs incurred in discovery of such violation.

All dates and deadlines are vacated, and the Clerk of Court shall close the case.

**IT IS SO ORDERED, ADJUDICATED AND DECREED.**

July 22, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**